IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **AMANDA SPILLERS,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-218-HL |
| **HARTFORD LIFE INSURANCE COMPANY and MIDSOUTH FEDERAL CREDIT UNION,** | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Consent Motion to Dismiss Action with Prejudice (Doc. 19), which requests the Court to enter an order dismissing the action. Federal Rules of Civil Procedure 41(a)(1)(A) states, in part, that the plaintiff may dismiss an action without a court order by filing:

(ii) a stipulation of dismissal signed by all parties who have appeared.

In accordance with FRCP 41(a)(1)(A)(ii), Plaintiff should file a stipulation of dismissal signed by the parties, upon which the Clerk of Court will dismiss the action without order of the Court. Therefore, Plaintiff's motion is denied.

**SO ORDERED**, this the 31st day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc